IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DATE OF NOTICE: 3/13/2024** |
| | : | |
| **v.** | : | |
| | : | |
| **MATTHEW GABRIEL** | : | **NO. 24-84** |

7125 Sprague Street
Philadelphia, PA 19119

## NOTICE OF HEARING

TAKE NOTICE, that the above-entitled case has been set for an **ARRAIGNMENT AND GUILTY PLEA HEARING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA 19106, on **TUESDAY, MARCH 19, 2024**, at **2:00 P.M.**, before the Honorable Timothy J. Savage, in **COURTROOM 9A**.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

**Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter Required:**

For additional information, please contact the undersigned.

Alex Eggert
Deputy Clerk to Judge Savage
Phone: 267-299-7489

cc:    Matthew Gabriel
       Lonny Fish, Defense Counsel
       Danielle Bateman, AUSA
       Probation Office
       Pretrial Services
       U.S. Marshal
       Court Security
       Interpreter Coordinator