**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DATE OF NOTICE:** 3/20/2024 |
| | : | |
| **v.** | : | |
| | : | |
| **MATTHEW GABRIEL** | : | **NO. 24-84** |

7125 Sprague Street
Philadelphia, PA 19119

**NOTICE OF HEARING**

TAKE NOTICE, that the above-entitled case has been set for an **ARRAIGNMENT AND GUILTY PLEA HEARING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA 19106, on **TUESDAY, APRIL 23, 2024**, at **10:30 A.M.**, before the Honorable Timothy J. Savage, in **COURTROOM 9A**.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

**Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter Required:**

For additional information, please contact the undersigned.

Alex Eggert
Deputy Clerk to Judge Savage
Phone: 267-299-7489

cc:	Matthew Gabriel
	Lonny Fish, Defense Counsel
	Danielle Bateman, AUSA
	Probation Office
	Pretrial Services
	U.S. Marshal
	Court Security
	Interpreter Coordinator