# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-84 |
| v. | : | DATE FILED: |
| MATTHEW GABRIEL | : | VIOLATION: |
| | : | 18 U.S.C. § 875(c) (Transmitting Threats in Interstate and Foreign Commerce - 2 counts) |

## SUPERSEDING INFORMATION

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about August 3, 2023, in the Eastern District of Pennsylvania, defendant

## MATTHEW GABRIEL

knowingly, and with the knowledge that the communication would be viewed as a threat and for the purpose of issuing a threat, transmitted in interstate and foreign commerce a communication, that is, using the internet from his cellular phone, the defendant transmitted a threat concerning a mass shooting attack to the Norwegian Police Security.

In violation of Title 18, United States Code, Section 875(c).

### COUNT TWO

On or about March 22, 2024, in the Eastern District of Pennsylvania, defendant

**MATTHEW GABRIEL**

knowingly, and with the knowledge that the communication would be viewed as a threat and for

the purpose of issuing a threat, transmitted in interstate and foreign commerce a communication,

that is, using the internet, the defendant transmitted a threat concerning explosives at the

University of Iowa.

In violation of Title 18, United States Code, Section 875(c).


**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

MATTHEW GABRIEL

SUPERSEDING INFORMATION

Counts
18 U.S.C.§ 875(c) -  **(**Transmitting Threats in Interstate and Foreign Commerce – 2 counts**)**

A true bill.

_____
Foreperson

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Foreperson

Bail, $_____