Waiver of Indictment

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 24-cr-84 |
| MATTHEW GABRIEL : | |

MATTHEW GABRIEL, the above named defendant, who is accused of two counts of 18 U.S.C. § 875(c) being advised of the nature of the charges and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
MATTHEW GABRIEL, Defendant,

_Lonny Fish_
Witness,

9/17/24
Date

_____
Lonny Fish, Esq, Counsel for Defendant,