# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MATTHEW GABRIEL** | : | **NO. 24-84** |

## ORDER

**NOW**, this 17th day of September, 2024, it is **ORDERED** that defendant is released on bail with the following conditions:

1. Unsecured bond in the amount of $25,000.00.

2. Defendant shall report to Pretrial Services as directed by Pretrial Services.

3. Defendant shall surrender and/or refrain from obtaining a passport.

4. Travel is restricted to the continental United States.

5. Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on pretrial release must be removed from the premises and no firearms are to be brought into the premises during this period.

6. The defendant shall execute a completed Prohibition on Firearms Agreement.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.