OPS 40
(Rev. 7/2013)

## UNITED STATES DISTRICT COURT

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | |
|---|---|
| **TO:** U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227 | **FROM:** U.S. Pretrial Services, PAE<br>Wm. Green Federal Office Bldg.<br>600 Arch St., Suite 4408<br>Philadelphia, PA 19106 |
| ☒ **Original Notice** | ☐ **Notice of Disposition** |
| **Date:** September 17, 2024<br>**By:** Pretrial Services Technician- Anijah A. Carr | **Date:**<br>**By:** |

**Defendant:** Matthew Nikolas Gabriel    **Case Number:** 0313 2:24CR00084-1

**Date of Birth:**    **Place of Birth:**

**SSN:**

**Notice of Court Order**    (Order Date: September 17, 2024)

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☒ The above-named defendant surrendered Passport Number _____
to the custody of the U.S. District Court on September 17, 2024   .

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted. B Document returned to defendant.

☐ Defendant not convicted. B Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted. B Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court